IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
DEBBIE ROSE,                              No. 10-04370 CW

        Plaintiff,                        ORDER REGARDING
                                          PLAINTIFF'S
   v.                                     OPPOSITION TO
                                          DEFENDANT
BROOKS AMERICA MORTGAGE CORPORATION,      HOMECOMINGS
et al.,                                   FINANCIAL, LLC'S
                                          MOTION TO DISMISS
        Defendants.
                                    /
```

On November 4, 2010, Defendant Homecomings Financial, LLC moved to dismiss Plaintiff Debbie Rose's complaint. The hearing on the motion was set for December 16, 2010.

Plaintiff, who is represented by counsel, failed to file an opposition, which was due November 26, 2010. On December 6, 2010, Homecomings filed a notice stating that it had not received any opposition to its motion.

Accordingly, Plaintiff shall file an opposition to Homecomings' motion by December 14, 2010, or her claims against Homecomings will be dismissed for failure to prosecute. If an opposition is filed, Homecomings' reply shall be due one week thereafter. Homecomings' motion will be taken under submission on the papers. The Court VACATES the hearing set for December 16, 2010.

IT IS SO ORDERED.

Dated: 12/10/10

CLAUDIA WILKEN
United States District Judge