IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE A. ROSE, | No. C 10-04370 CW |
| Plaintiff, | ORDER GRANTING DEFENDANT HOMECOMINGS FINANCIAL'S MOTION TO DISMISS (Docket No. 29) |
| v. | |
| BROOKS AMERICA MORTGAGE CORP., et al., | |
| Defendants. | |

On November 4, 2010, Defendant Homecomings Financial, LLC, moved to dismiss Plaintiff Debbie Rose's complaint. On December 10, 2010, the Court warned Plaintiff that her case would be dismissed for failure to prosecute if she did not file an opposition to Homecomings Financial's motion by December 17, 2010. On December 14, 2010, Plaintiff filed a statement of non-opposition with regard to the motion.

Accordingly, Homecomings Financial's motion to dismiss is GRANTED. (Docket No. 29.) Because neither the motion nor Plaintiff's statement of non-opposition provides that dismissal should be with prejudice, Plaintiff's claims against Homecomings Financial are dismissed without prejudice.

Brooks America Mortgage Corporation and Quality Loan Service Corporation are the remaining Defendants in this action. Brooks America has not appeared in this action, even though proof of service has been filed. Quality Loan has filed a "Declaration of Nonmonetary Status," but has not moved to dismiss or answered

Plaintiff's complaint.

A case management conference is scheduled for January 11, 2011 at 2:00 p.m.

IT IS SO ORDERED.

Dated: 12/16/2010

CLAUDIA WILKEN
United States District Judge