IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE A. ROSE,<br><br>    Plaintiff,<br><br>  v.<br><br>BROOKS AMERICA MORTGAGE CORPORATION;<br>HOMECOMINGS FINANCIAL, LLC.; AURORA<br>LOAN SERVICES, LLC.; MORTGAGE<br>ELECTRONIC REGISTRATION SYSTEMS,<br>INC.; QUALITY LOAN SERVICE<br>CORPORATION,<br><br>    Defendants.<br>_____/ | No. 10-CV-4370 CW<br><br>ORDER DISMISSING<br>ACTION AGAINST<br>DEFENDANT BROOKS<br>AMERICA MORTGAGE<br>AND CLOSING CASE |

    In the present action, the claims against three of the five Defendants have been dismissed. The fourth Defendant, Quality Loan Service Corporation, has filed an unopposed "Declaration of Nonmonetary Status," pursuant to California Civil Code § 2924l, Docket No. 41, and, thus, is no longer required to participate in this action. Brooks America Mortgage Corporation appears to be the sole remaining defendant. Under Federal Rule of Civil Procedure 4(m) a defendant must be served summons within 120 days after the complaint is filed. Here, the name of the person served --Mark Sanger--does not match the agent for service of process designated on the California Secretary of State website, and the Sanger, California address for Brooks America Mortgage Corporation

indicated on the proof of service does not match the Irvine, California address provided on the summons.  Plaintiff's action against Brooks America is dismissed without prejudice for failure of proper service.  The clerk shall close this case.

IT IS SO ORDERED.


Dated    8/9/2011   

CLAUDIA WILKEN
United States District Judge